Vahag Matevosian (State Bar No. 283710)
Email: consumerlitigationteam@kaass.com

**KAASS LAW**
313 East Broadway #944
Glendale, California, 91209
Telephone: 310.943.1171

Attorneys for Plaintiff
ARMAN ATANESYAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAN ATANESYAN, an individual,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>NISSAN-INFINITI LT, a California Corporation,<br>　　　　Defendant. | Case No. 2:12-cv-08786-SVW-(JEMx)<br><br>NOTICE OF DISMISSAL OF THE ACTION WITHOUT PREJUDICE |

　　　　Plaintiff ARMAN ATANESYAN, through his designated counsel of record, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above captioned action without prejudice.

　　　　Defendant has filed neither an answer nor a motion for summary judgment in this action. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

Dated: January 31, 2013　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　KAASS LAW

　　　　　　　　　　　　　　　　　*/s/ Vahag Matevosian*
　　　　　　　　　　　　　　　　　Vahag Matevosian
　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　ARMAN ATANESYAN